# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-448 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| RIHANNA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 13, 2018, the Magistrate Judge issued a Report (Doc. 5) recommending that this case be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B). Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B); and the Magistrate Judge's Report and Recommendation (Doc. 5) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


July 2, 2018                                                     s\Cathy Bissoon
                                                                 Cathy Bissoon
                                                                 United States District Judge

cc (via ECF email notification and via First-Class U.S. Mail):

Asia Johnson
1807 West Street
Munhall, PA  15120

Email:  asiajohnson710@icloud.com